FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
07 MAR 15 AM 9:39
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MARK WOOD, WAYNE SHELTON, ROBERT HAMBLIN, MIKE LEARY, ED BOTTOMS, HEIDI WISE, RANDAL DENNY, BRIAN CLARK, MARK SPENCER, MATT ANDRADE, JEFF HAYDEN, BRANDON COOPER, GLEN SCHMIDT, NOEL GUDAT, DEWEY RUNNELS, ALBERT KENNEDY, SANDY GARDNER, LARRY CRACIUNOIU, MATT MORGAN, WOODY BURTON, BILL ROSS, KEVIN MCCAULEY, LARRY GIORDANO, MIKE MCEWAN, TIMOTHY DOWDY, WENDALL DANIEL, MIKE ZINKAN, BRIAN SCHEMENAUR, JOHN LOVE, MIKE HIMMEL, DOUGLAS HIMMEL, BILL CART, CRAIG RATCLIFF, BRAD BENTLEY, LARRY CROWE, HENRY GREGORY, JOHN CONSTABLE, CLIFF JOHNSON, KEVIN KELLY, CATHY HEDGES, LINCOLN PLOWMAN, KIM TRAVITZ, TIMOTHY MOTSINGER, CHRIS BAKER, BECKY LAKE, NICK SERBAN, TOM WOOD, MICK HAUCK, DEREK CRESS, CHRISTA MONCRIEF, JOE SHEPHERD, DAN RYAN, BOB TROUT, BOB HICKS, AND MARK MCCARDIA,

Plaintiffs,

vs.

MARION COUNTY SHERIFF and THE CONSOLIDATED CITY OF INDIANAPOLIS and MARION COUNTY,

Defendants.

1:07-cv-0346-LJM-TAB

Case No. ____________________

**NOTICE OF REMOVAL**

Defendants Marion County Sheriff, the Consolidated City of Indianapolis, and Marion County, pursuant to 28 U.S.C. Sections 1441 and 1446, file their notice of removal of this cause from the Marion County Superior Court, Cause No. 49D11-0702-CT-006216, to the United

States District Court for the Southern District of Indiana, Indianapolis Division, and in support thereof, state as follows:

1. Plaintiffs have filed their complaint in the Marion County Superior Court alleging potential violations of their rights under the Social Security Act, 42 U.S.C. § 301, *et seq*. Specifically, Plaintiffs allege that Defendants have improperly denied them Social Security coverage under the Social Security Act.

2. 28 U.S.C. § 1441(a) and (b) provide that any civil action brought in a state court over which the district courts have original jurisdiction, as founded on a claim or right under the laws of the United States, shall be removable without regard to citizenship or residence of the parties.

3. Here, jurisdiction is founded on federal question jurisdiction by virtue of the claims set forth in Plaintiff's complaint under the Social Security Act, 42 U.S.C. § 301, *et seq*. Jurisdiction exists, therefore, in the district court and the cause of action is subject to removal.

4. Defendants' notice of removal is filed within 30 days after service of the complaint, in accordance with 28 U.S.C. § 1446(b).

5. Defendants submit herewith copies of all process, pleadings and orders served upon them, in accordance with 28 U.S.C. § 1446(a).

WHEREFORE, Defendants Marion County Sheriff, the Consolidated City of Indianapolis, and Marion County file their Notice of Removal, removing this cause from the Marion County Superior Court to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Respectfully submitted,

OFFICE OF CORPORATION COUNSEL

By: [signature]
James B. Osborn, Atty No. 17162-49
Chief Litigation Counsel
Lakshmi Hasanadka, Atty No. 24217-53
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
(317) 327-4055
(317) 327-3968 Facsimile
josborn@indygov.org
lhasanad@indygov.org
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing has been duly served upon the parties listed below by depositing it in the United States mail, postage prepaid, on March 15, 2007.

Richard A. Waples
WAPLES & HANGER
410 N. Audubon Road
Indianapolis, IN 46219

[signature]
James B. Osborn
Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
(317) 327-4055
(317) 327-3968 Facsimile
Counsel for Defendants